```
                         United States Bankruptcy Court
                          Eastern District of Wisconsin
```

In re:                                                          Case No. 18-27274-svk
James B. Perron                                                 Chapter 13
Meg M. Perron
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0757-2           User: jah             Page 1 of 1          Date Rcvd: Oct 19, 2018
                               Form ID: pdf5         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db/jdb         +James B. Perron,    Meg M. Perron,    1520 Rockridge Way,    Waukesha, WI 53188-8009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Jay J. Pitner    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               bknotices@gray-law.com;bknotice@gmail.com
              Jonathan D. Mas    on behalf of Debtor James B. Perron ConsumerAdvocatesECF@gmail.com,
               attyjasonmas@gmail.com
              Jonathan D. Mas    on behalf of Joint Debtor Meg M. Perron ConsumerAdvocatesECF@gmail.com,
               attyjasonmas@gmail.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Scott  Lieske    on behalf of Trustee Scott  Lieske ecf@chapter13milwaukee.com,
               mgwi_ecf@trustee13.com
              Scott  Lieske    ecf@chapter13milwaukee.com,  mgwi_ecf@trustee13.com
                                                                                             TOTAL: 6

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: October 19, 2018



Susan V. Kelley
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: JAMES B. PERRON<br>MEG M. PERRON | CHAPTER 13<br><br>Case No. 18-27274-SVK |
| Soc. Sec. No. xxx-xx-0424<br>xxx-xx-6793 | **\*AMENDED\*** |

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

To JAMES B. PERRON & MEG M. PERRON the above named debtor(s):

IT IS ORDERED THAT:

1. You shall immediately commence paying the sum of **\*\*$1,440.00\*\* \*\*Monthly\*\***, to the Chapter 13 Trustee.

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE. **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
JAMES B. PERRON
MEG M. PERRON
1520 ROCKRIDGE WAY
WAUKESHA, WI 53188

**Debtor(s) Attorney:**
CONSUMER ADVOCATES OF WISCONSIN, LLC
PO BOX 511250
MILWAUKEEWI 53203-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date: October 19, 2018

#####